UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

VINCENT JOE CARTER,

       Plaintiff,

v.

MARK TREADO et al.,

       Defendants.

_____/

Case No. 2:17-cv-196

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Order issued this date:

**IT IS ORDERED** that Plaintiff's action be **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: April 19, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge